IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICK BALESTRIERI,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | CIVIL ACTION<br>NO. 19-5195 |

### ORDER

**AND NOW**, this 19th day of July, 2021, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment (Docket No. 23) is **DENIED**; and

2. A telephone status conference shall be held on August 10, 2021, at 2:00 p.m. The parties shall dial in to the conference at 888-204-5984 and use access code 3221457.

   **BY THE COURT:**

   */s/ Jeffrey L. Schmehl*
   Jeffrey L. Schmehl, J.